IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HOWARD JONES, IV,**

    **Plaintiff,**

v.                                          Case No. 4:23-cv-389-AW-MAF

**SERGEANT K. NORTON and**
**CAPTAIN K. WILSON,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court directed Plaintiff to provide service copies of his operative complaint. Plaintiff has not complied, and the magistrate judge recommends dismissal. ECF No. 13. There has been no objection to the magistrate judge's report and recommendation.

Having considered the matter, I agree with the magistrate judge that dismissal is appropriate. It appears Plaintiff has abandoned this litigation. I now adopt the report and recommendation and incorporate it into this order.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on February 22, 2024.

                                                s/ *Allen Winsor*
                                               United States District Judge